Michael J

THE STATE 
 OF SOUTH CAROLINA
In The Court 
 of Appeals

 
 
 
The
State,        Respondent,
 
 
 

v.

 
 
 
Daniel
Walker,        Appellant.
 
 
 

Appeal from 
 Spartanburg County
Gary E. Clary, 
 Circuit Court Judge

Unpublished 
 Opinion No. 2003-UP-505
Submitted May 
 30, 2003  Filed August 27, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia,
for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy
Attorney General John W. McIntosh, Assistant Deputy 
 Attorney General Charles H. Richardson, of Columbia, Harold 
 W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Daniel Walker appeals his conviction 
 for forgery in an amount less than $5,000.  The trial judge sentenced him to 
 ten years imprisonment, suspended upon the service of five years with five years 
 probation.  The judge also ordered restitution in the amount of $125.08. 
Pursuant to Anders v. California, 386 U.S. 
 738 (1967), counsel for Walker attached to the final brief a petition to be 
 relieved as counsel, stating he had reviewed the record and concluded Walkers 
 appeal is without legal merit sufficient to warrant a new trial.  Walker did 
 not file a separate pro se response.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.